**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINE CHAPMAN, | Case No. 15-cv-01524-GPC-JLB |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND OF THE ACTION** |
| v. | |
| CITY OF NATIONAL CITY [NATIONAL CITY POLICE DEPARTMENT] a municipality; CITY OF NATIONAL CITY POLICE OFFICER NUMBER ONE an individual; CITY OF NATIONAL CITY POLICE OFFICER NUMBER TWO an individual; CITY OF NATIONAL CITY POLICE OFFICER NUMBER THREE an individual; CITY OF NATIONAL CITY POLICE OFFICER NUMBER FOUR an individual, | Judge:     Hon. Gonzalo P. Curiel  
Courtroom: 2D  

Complaint Filed:   July 10, 2015 |
| Defendants. | |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all

of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS.**

1. The Court hereby dismisses **with prejudice** all of Plaintiff's claims and causes of action in this civil action regarding the claim for **Assault and Battery** against Defendant [First Cause of Action];

2. The Court hereby dismisses **with prejudice** all of Plaintiff's claims and causes of action in this civil action regarding the claim for **Negligence** against Defendant [Second Cause of Action];

3. The Court hereby dismisses **with prejudice** all of Plaintiff's claims and causes of action in this civil action regarding the claim for **False Arrest** against Defendant [Third Cause of Action];

4. The Court hereby dismisses **with prejudice** all of Plaintiff's claims and causes of action in this civil action regarding the claim for **Excessive Force [42 U.S.C 1983]** against Defendant [Fourth Cause of Action];

5. The Court hereby dismisses **with prejudice** all of Plaintiff's claims and causes of action in this civil action regarding the claim for **Violation of State Civil Rights [Cal. Civ. Code Section 52.1]** against Defendant [Fifth Cause of Action];

6. To the extent any other legal claims or causes of action are implicitly or explicitly raised in the operative Complaint [*e.g*., Dkt. Doc. 1], the Court hereby dismisses **with prejudice** any and all such claims and/or causes of action.

/ / /
/ / /
/ / /
/ / /
/ / /

1      7.    In light of the foregoing, the Court hereby **dismisses with prejudice** this
2  action in its entirety.
3      **IT IS SO ORDERED.**
4  Dated: May 27, 2016

Hon. Gonzalo P. Curiel
United States District Judge